**Petition for Writ of Mandamus Denied and Memorandum Opinion filed February 13, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00909-CV

---

## IN RE BRENT K. BERSIN, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-61780**

---

## MEMORANDUM OPINION

On October 18, 2013, relator Brent K. Bersin filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Larry Weiman, presiding judge of the 80th District Court of Harris County, to set aside his October 17, 2013 order denying his motion to quash and for protective order concerning trial subpoena.

Relator has not established his entitlement to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Jamison.